So Ordered.

Signed this 24 day of September, 2021.

_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | : CASE NO.: 18-10160-1-rel |
| | : |
| | : CHAPTER: 13 |
| Wayne J. Bowers & | : |
| | : HON. JUDGE: |
| Melinda I. Bowers, | : Robert E. Littlefield Jr. |
| | : |
| Debtors. | : |

-------------------------------------------------------------------X

**ORDER GRANTING RELIEF FROM
THE AUTOMATIC STAY**

Coming before the Court on September 23, 2021, was the motion of Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT (together with any successor or assign, "Movant") for relief from the automatic stay.  After due deliberation it is hereby:

**ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §§ 362(d)(1)-(2) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all actions under applicable state law to exercise its remedies against the property known as 34 Homewood Avenue, Watervliet, New York 12189, aka 34 Homewood Avenue, T/O Colonie, Watervliet, New York 12189, aka 34 Homewood Avenue (T/O Colonie), Watervliet, New York 12189 (the "Premises"), including foreclosure proceeding and/or eviction action; and it is further

**ORDERED** that Movant is granted reasonable attorney fees in the amount of $450.00 and costs in the amount of $188.00; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Chapter 13 Trustee shall be served with a copy of the referee's report of sale and shall be noticed with any surplus monies realized from the sale of the Premises and closure of the case shall not constitute an abandonment of the trustee's interest, if any, in any surplus proceeds.

###